

# Fourth Court of Appeals
## San Antonio, Texas

No. 04-17-00208-CR

**IN RE STATE OF TEXAS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

On April 5, 2017, Relator filed a petition for writ of mandamus. The court has considered the petition and is of the opinion Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on August 3, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. A16465 and A16466, styled *State of Texas v. Mark Bennet Holloway*, pending in the 216th Judicial District Court, Kerr County, Texas, the Honorable N. Keith Williams presiding.